54

STARFISH CONDOMINIUM ASSOCIATION ET AL. v.
YORKRIDGE SERVICE CORPORATION, INC., ET AL.

[No. 105, September Term, 1980.]

*Decided November 10, 1980.*

The cause was submitted to MURPHY, C. J., and SMITH,
DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*PER CURIAM ORDER*

It is this 10th day of November, 1980

ORDERED, by the Court of Appeals of Maryland, that the
above entitled case be, and it is hereby, remanded to the
Court of Special Appeals of Maryland without affirmance or
reversal, for reconsideration in light of *Robert Uhler et ux.
v. Real Properties, Inc. et al.,* No. 165, September Term,
1979, filed on November 7, 1980.